E-FILED
Monday, 31 October, 2005  02:15:46 PM
Clerk, U.S. District Court, ILCD

## UNITED DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Noel Cintron,
       **Plaintiff,**

       **v.**                                              02-3229

Gary Jones, et al.,
              **Defendants.**


### ORDER

The plaintiff seeks leave to proceed on appeal in forma pauperis [d/e 73].  Under 28 U.S.C. § 1915(a)(3), the court is required to determine if the plaintiff's appeal is taken in good faith.  "Good faith" within the meaning of § 1915(a)(3) is not about the plaintiff's sincerity in requesting appellate review.  Rather, an appeal taken in "good faith" is an appeal that, objectively considered, raises non-frivolous colorable issues.  *See Cruz v. Hauck*, 404 U.S. 59, 62 (1971); *see also  Coppedge v. United States*, 369 U.S. 438, 445 (1962).  The court cannot find a good faith basis for his appeal.   *See Lee v. Clinton*, 209 F.3d 1025 (7th Cir. 2000), where the court held that an appeal from a dismissal for frivolousness cannot be in good faith.

A review of the record indicates that the plaintiff has filed an impermissible interlocutory appeal.  In its March 21, 2005 order, the court denied the plaintiff's motion for appointment of counsel.  On August 9, 2005, the plaintiff filed a notice of appeal indicating that he was appealing this court's text order of March 21, 2005 denying his motion for appointment of counsel.  The plaintiff has not motioned the court for leave to file an interlocutory appeal.  Further, the plaintiff has stated no basis for allowing an interlocutory appeal pursuant to 28 U.S.C. § 1292(b).  The court does not feel that an immediate appeal would materially advance the ultimate termination of the litigation.  Further, for the reasons stated in its October 24, 2002, May 8, 2003, April 21, 2004 and March 21, 2005 orders, the court finds that this action does not raise a substantial issue meriting relief from its previous orders.

However, the United States Court of Appeals for the Seventh Circuit has ruled that where the appellant was authorized to proceed in forma pauperis in the district court, a district judge who after receiving the notice of appeal doubts that it is in good faith should, before denying the appellant's in forma pauperis status, give him an opportunity to submit a statement of his grounds for appealing.  *See  Celske v. Edwards*, 164 F.3d 396 (7th Cir. 1999).  A plaintiff that identifies issues that are debatable among jurists of reasons, that could be resolved in a different manner, or that are sufficient to deserve encouragement to proceed further demonstrate a good faith basis for an appeal.  *Pate v. Stevens*, 163 F.3d 437, 439 (7th Cir. 1998).


### IT IS THEREFORE ORDERED:

1.       The plaintiff is directed to submit a brief informing the court of his grounds for appealing within twenty-one (21) days from the date of this order.  If the plaintiff fails to respond within the time specified, the court will make an assessment of the issue of good faith without further consideration.

2.       The clerk of the court is directed to forward a copy of this order to the United States Court of Appeals for the Seventh Circuit.

Enter this 31st day of October, 2005.           s\Harold A. Baker

                                        _____

                                        HAROLD A. BAKER

                                        UNITED STATES DISTRICT JUDGE